IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| REGINALD HOWARD,  )<br>  )<br>   Petitioner,  )<br>  )<br>   v.  )<br>  )<br>GEORGE EDWARDS, Warden, )<br>and STEVEN T. MARSHALL, )<br>Attorney General for State )<br>of Alabama,  )<br>  )<br>   Respondents.  ) | CIVIL ACTION NO.<br>3:21cv394-MHT<br>(WO) |

**OPINION**

Pursuant to 28 U.S.C. § 2254, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of July, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**