IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
REGINALD HOWARD,             )
                             )
    Petitioner,              )
                             )    CIVIL ACTION NO.
    v.                       )      3:21cv394-MHT
                             )          (WO)
GEORGE EDWARDS, Warden,      )
and STEVEN T. MARSHALL,      )
Attorney General for State   )
of Alabama,                  )
                             )
    Respondents.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 17) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of July, 2024.

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**